No. 76–606.  ERB v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 76–5062.  MARSH v. CUPP, PENITENTIARY SUPERINTENDENT.  C. A. 9th Cir.  Certiorari denied.

No. 76–5101.  HOFMANN v. WAINWRIGHT, SECRETARY, DEPARTMENT OF OFFENDER REHABILITATION OF FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 76–5110.  HOUSTON v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 76–5119.  BANKHEAD v. COWIN ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 76–5130.  HERNANDEZ-LOPEZ v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 76–5140.  BURKO v. MARYLAND.  Ct. Sp. App. Md.  Certiorari denied.

No. 76–5144.  ZILKA v. ESTELLE, CORRECTIONS DIRECTOR.  C. A. 5th Cir.  Certiorari denied.

No. 76–5174.  TOOTHMAN v. OHIO.  Ct. App. Ohio, Summit County.  Certiorari denied.

No. 76–5176.  GRAY v. REED, ACTING CHAIRMAN, U. S. PAROLE COMMISSION, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 76–5179.  KAUFMAN v. LOUISIANA.  Sup. Ct. La.  Certiorari denied.

No. 76–5188.  BROCKETT v. CALIFORNIA.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.